# UNITED STATES DISTRICT COURT
### For the
### Southern District of Indiana

| | |
|---|---|
| **United States of America** ) | |
| **Plaintiff** ) | |
| ) | **Case No. 1:12-cr-0184-01TWP-MJD-1.** |
| **Vs.** ) | |
| **Robert Ray Richardson, Justin Rodgers** ) | |

## MOTION TO WITHDRAW INCORRECT FILING

Comes now the Defendant Justin Rodgers, by counsel, Jonathan C. Little, and moves this Court to grant the above captioned matter. In support of said Motion, Defendant would state the following:

1. On December 7, 2012 counsel filed his Motion to Withdraw under cause number 1:12-mj-757-02.(docket 49)

2. Counsel was unaware that on November 16, 2012 the court had changed the cause number to 1:12-cr-0184-01 TWP-MJD-1.

3. Counsel filed a Motion to Withdraw Incorrect Filing on December 10, 2012 under this cause number by mistake.

4. Counsel would like to withdraw this motion and file his withdraw under the correct cause number.

WHEREFORE the Defendant respectfully requests that this motion be granted and that any and all other appropriate orders be issued by the Court.

　/s/Jonathan Little/s/
Attorney's signature
IN BAR # 27421-49
1433 N. Meridian St., Suite 202
Indianapolis, IN 46202
Jon@sllawfirm.com
317-721-9214
888-422-3151
FAX

Certificate of Service

A copy of the above was served upon the UNITED STATES ATTORNEY'S office via the courts electronic filing system at the same time it was filed with the court.


S:/Jonathan Little